DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Sentinel Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILIE FISH, individually, | Case No.: 2:15-cv-02016-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| SENTINEL INSURANCE COMPANY, LTD, individually; and DOES 1 through X; and ROE CORPORATIONS I through X, inclusive, | ECF No. 32 |
| Defendants. | |

PLEASE TAKE NOTE that Plaintiff Emilie Fish ("**Plaintiff**") and Defendant Sentinel Insurance Company, Ltd ("**Sentinel**") by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{38780349;1}

*Emilie Fish, v. Sentinel Insurance Company, Ltd, et al.,*
*2:15-cv-02016-JAD-NJK*

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 16th day of ~~July~~ August, 2016.

| AKERMAN LLP | CLARK MCCOURT |
|---|---|
| /s/ DARREN BRENNER, ESQ.<br>Nevada Bar No. 8276<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>(702) 634-5000<br><br>*Attorneys for Defendant Sentinel Insurance Company* | /s/ BRIAN P. CLARK, ESQ.<br>Nevada Bar No. 4236<br>Lukas B. McCourt, ESQ.<br>Nevada Bar No. 11839<br>7371 Prairie Falcon Rd. Suite 120<br>Las Vegas, NV 89128<br>Telephone: (702) 474-0065<br><br>*Attorneys for Plaintiffs* |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 16, 2016

{38780349;1}

2